# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>HOWARD P. BENBOW,<br><br>                Defendant. | **9:21-PO-5038-KLD**<br>**9:21-PO-5039-KLD**<br>Ticket Number: **F01E0001; F01E0000**<br>Location Code: M10<br>Disposition Code: PF<br><br>JUDGMENT IN A CRIMINAL CASE |

      The Defendant, Howard P. Benbow, was present in court and entered a plea of guilty to the charges of: MV HAVING EXPIRED REGISTRATION AND NO INSURANCE.

      The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

          1.  Defendant must pay a fine in the amount of $50.00 plus $80.00 in fees for a MV HAVING EXPIRED REGISTRATION AND NO INSURANCE for a total of $130.00.  The fines and fees have been paid in full and the receipt number is MTX9-16610.

      Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement

specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. DeSoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: November 15, 2021.

 \_\_11/15/2021_____ 
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge